UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:14-cr-10-FtM-38CM

ALFRED W. LENZ
_____

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY
ORDER OF FORFEITURE FOR SPECIFIC ASSETS**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Forfeiture Money Judgment in the amount of $2,380,465.11 against defendant Alfred W. Lenz, representing the amount of proceeds he obtained as a result of the wire fraud scheme charged in Counts One through Three of the Indictment, and a preliminary order of forfeiture for the following assets:

a. The real property, including all improvements thereon and appurtenances thereto, located at 4876 Townsend Court, Montague, Michigan, which is legally described as follows:

   The City of Montague, County of Muskegon and State of Michigan to wit: Lots 10 and 11, Pleasant Grove Estates No. 2, as recorded in Liber 30 of Plats, Pages 35 and 36.

   Parcel # 61-21-506-000-0010-00;

b. The contents of Charles Schwab account 2404-5786; and

c. All property, real or personal, which constitutes or is derived from proceeds traceable to the offenses of conviction involving the scheme to defraud Vineyards Development Company.

Being fully advised in the premises, the Court hereby finds that as a result of the wire fraud offenses, in violation of 18 U.S.C. § 1343, as charged in Counts One through Three of the Indictment, for which he has been adjudged guilty, the amount of proceeds obtained by the defendant as a result of the wire fraud scheme is $2,380,465.11. Thus, the United States is entitled to a forfeiture money judgment against the defendant in this amount pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any property belonging to the defendant as a substitute asset in satisfaction of the money judgment.

Accordingly, it is hereby

**ORDERED** that the motion of the United States is **GRANTED**.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Alfred W. Lenz is liable to the United States of America for a forfeiture money judgment in the amount of $2,380,465.11, representing the amount of proceeds obtained by the defendant as a result of the wire fraud scheme charged in Counts One through Three, for which he was adjudged guilty.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the

government may seek, up to and including the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida, on this 20th day of July, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record