**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.  2:14-cr-10-FtM-38CM

ALFRED W. LENZ


**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the filing of the United States'

Motion for a Preliminary Order of Forfeiture of the following property as Substitute

Assets:

  a. a 2007 Fleetwood Motor Home, Vehicle Identification Number
     (VIN) 1FPXE45S66DA81178, titled in the defendant's name;

  b. a 2008 Saab 97X, VIN 5S3ET13M682801012, titled in name of
     the defendant and Kathryn Lenz;

  c. a 2008 Dodge Caravan, VIN 2D8HN54X08R822714, titled in
     name of the defendant and Kathryn Lenz;

  d. ten Maple Leaf gold coins;

  e. a Steinway & Sons Grand Piano, serial number A 96688; and,

  f. any and all interests in any policies held by Alfred W. Lenz at
     Northwestern Mutual or any payments being made to Alfred W.
     Lenz as a result of any such interests, as a substitute asset in
     partial satisfaction of the defendant's $2,380,465.11 forfeiture
     money judgment.

The Court finds that the United States is entitled to forfeiture of the

substitute assets identified above, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C.

§ 2461(c),   21 U.S.C. § 853(p), and Federal Rule of Criminal Procedure

32.2(e)(1)(B).  Accordingly, it is hereby:

ORDERED that for good cause shown, the United States' motion is

GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(3), the Attorney General or a designee may seize the assets identified above pending further resolution by the Court.

It is FURTHER ORDERED that the net proceeds from the disposition of the substitute assets identified above shall go toward partial satisfaction of the Defendant's Forfeiture Money Judgment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant that the government may seek, up to and including the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

DONE and ORDERED in Fort Myers, Florida, on this 24th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record