UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:14-cr-10-FtM-38CM

ALFRED W. LENZ

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

1. The real property, including all improvements thereon and appurtenances thereto, located at 4876 Townsend Court, Montague, Michigan, which is legally described as follows:

   The City of Montague, County of Muskegon and State of Michigan to wit: Lots 10 and 11, Pleasant Grove Estates No. 2, as recorded in Liber 30 of Plats, Pages 35 and 36.

   Parcel # 61-21-506-000-0010-00; and,

2. $00.31 received from the defendant at sentencing representing the contents of Charles Schwab account 2404-5786.

On July 21, 2014, the Court entered a $2,380,465.11 Forfeiture Money Judgment, and a Preliminary Order of Forfeiture for the real property described above, pursuant to 18 U.S.C. § 981(a)(1)(C) and, 28 U.S.C. § 2461(c). Doc. 42.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from July 23, 2014 through August 21, 2014. Doc. 49. The publication gave

notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

In addition, with regard to the real property, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notice of this forfeiture action and instructions on filing a claim to the asset, via certified and first class mail, to Kathryn Lenz and the Tax Collector, the only parties believed to have any potential interest in the real property. Kathryn Lenz filed a Verified Claim to the real property, but has consented to the forfeiture of the real property and withdrawn her interest. The Tax Collector did not file a claim, but the United States has recognized its interest in the real property.

No other third party has filed a petition or claimed an interest in the real property or the contents of the Charles Schwab account, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above is **CONDEMNED** and **FORFEITED** to the United States for

disposition according to law, subject to the terms of the property taxes in the instant case. Specifically, the United States agrees to pay the Tax Collector all *ad* valorem real property taxes and *non-ad* valorem assessments due and owing, up to the date of entry of the Final Judgment of Forfeiture, and all interest on said taxes due and owing up to the date of payment.

Any remaining net proceeds of the sale of the real property, after the satisfaction of the priorities listed above, shall be forfeited to the United States.

Clear title to the assets is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 27th day of February, 2015.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to: All Parties/Counsel of Record