UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:14-cr-10-FtM-38CM

ALFRED W. LENZ

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture for Substitute Assets, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets in partial satisfaction of the defendant's $2,380,465.11 Forfeiture Money Judgment:

    a.    A 2007 Fleetwood Motor Home, Vehicle Identification Number: 1FPXE45S66DA81178, titled in the defendant's name;

    b.    A 2008 Saab 97X, Vehicle Identification Number: 5S3ET13M682801012, titled in name of the defendant and Kathryn Lenz;

    c.    A 2008 Dodge Caravan, Vehicle Identification Number: 2D8HN54X08R822714, titled in name of the defendant and Kathryn Lenz;

    d.    Ten Maple Leaf gold coins; and,

    e.    A Steinway & Sons Grand Piano, serial number A 96688; and

On February 24, 2015, the Court entered a Preliminary Order of Forfeiture for Substitute Assets for the property described above, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).  Doc. 78.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from February 26, 2015 through March 27, 2015.  Doc. 84.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

The only individual other than the defendant who is known to have a potential interest in above-described assets is Kathryn Lenz, the defendant's wife, who agreed to the forfeiture.

No other third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 21st day of May, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record