UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:14-cr-10-FtM-38CM

ALFRED W. LENZ
_____

### FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture for Substitute Asset, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for any and all interests in any policies held by Alfred W. Lenz at Northwestern Mutual or any payments being made to Alfred W. Lenz as a result of any such interests, as a substitute asset in partial satisfaction of his $2,380,465.11 Forfeiture Money Judgment.

On February 24, 2015, the Court entered a Preliminary Order of Forfeiture for Substitute Assets for the property described above, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).  Doc. 78.

The Court finds that accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the account on the official government website, www.forfeiture.gov, from February 26, 2015 through March 27, 2015.  Doc. 84.  The publication gave notice to all third parties with a legal interest in the account to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers,

Florida 33901—a petition to adjudicate an interest within 60 days of the first date of publication.

The only individual other than the defendant who is known to have a potential interest in the Northwestern Mutual account or any payments being made to Alfred W. Lenz is Kathryn Lenz, the defendant's wife (who signed an Acknowledgment of Receipt of Notice of Forfeiture, but did not file a claim).

No other third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the account identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this <u>20th</u> day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record