UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 2:14-cr-10-FtM-38CM

ALFRED W. LENZ

_____

### ORDER

This matter comes before the Court on the United States' Motion to Correct Judgment (Doc. #112) filed on June 23, 2016.  The Government moves the Court for the entry of an amended judgment that correctly reflects the defendant's restitution obligation.  As grounds, Counsel indicates that although the total amount of restitution is correct, the restitution as it is listed per individual victim was incorrect.  An amendment to the judgment would not impact the overall amount of restitution ordered, but will order the restitution for the victims consistent with the actual harm they suffered. The Court, having considered the motion, finds good cause and will grant the relief requested.

Accordingly, it is now **ORDERED:**

The United States' Motion to Correct Judgment (Doc. 112) is **GRANTED**.  The Clerk is directed to amend the judgment relating to the individually listed restitution amounts to reflect the correct restitution obligation.

**DONE AND ORDERED** at Fort Myers, Florida, this June 30, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record